# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2009 MAY -4  AM 9: 43

CLERK_____
SO. DIST. OF GA.

KEVIN WATSON,                          )
                                       )
    Plaintiff,                     )
                                       )
v.                                     )     Case No. CV409-040
                                       )
AL ST. LAWRENCE, and MEDICAL           )
STAFF UNDER SUPERVISION,               )
                                       )
                                       )
    Defendants.                    )

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _____ day of _____, 2009.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA